On respondent's petition for reconsideration filed May 25, motion for relief from default granted; reconsideration allowed; former disposition (202 Or App 231, 120 P3d 1260) withdrawn; affirmed August 2, petition for review denied December 5, 2006 (342 Or 117)

## STATE OF OREGON,
*Respondent,*

*v.*

## BRANDON FORREST SACKETT,
*Appellant.*

20-04-06823; A125328

140 P3d 1147

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez,* 340 Or 310, 131 P3d 168 (2006); *State v. Gornick,* 340 Or 160, 130 P3d 780 (2006).